NUMBER 13-03-318-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
_____________________________________________________________________

LINDA MARIE ANDREWS FRENCH,                                     Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
____________________________________________________________________

On appeal from the County Court at Law No. 2
of Cameron County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Garza
Opinion Per Curiam

         Appellant, LINDA MARIE ANDREWS FRENCH, perfected an appeal from a
judgment entered by the County Court at Law No. 2 of Cameron County, Texas, in
cause number 2002-CCR-6107-B. Appellant has filed a motion to dismiss the appeal. 
The motion complies with Tex. R. App. P. 42.2(a).
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.
                                                               PER CURIAM

Do not publish.
Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 29th day of January, 2004.